IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MAYNARD PAUL CROOKED ARM,<br><br>Defendant. | CR 15-128-BLG-SPW<br><br><br>ORDER |

For the reasons stated on the record, Maynard Paul Crooked Arm is hereby released from the custody of the U.S. Marshals Service.

DATED this 6th day of November, 2020.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE